~~COURTESY COPY~~

Duplicate
Original

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID B. NEWMAN and IRA F/B/O DAVID )
NEWMAN-PERSHING LLC as Custodian, on )
behalf of themselves and all Others Similarly )
Situated, and Derivatively on behalf of FM LOW )   C.A. No: 08-11215
VOLATILITY FUND, L.P., )
)
)
Plaintiffs, )
)
vs. )
)
FAMILY MANAGEMENT CORPORATION, )
SEYMOUR W. ZISES, ANDREA L. TESSLER, )
ANDOVER ASSOCIATES LLC I, BEACON )
ASSOCIATES LLC I, BEACON ASSOCIATES )
MANAGEMENT CORP., BEACON/ANDOVER )
GROUP, MAXAM ABSOLUTE RETURN FUND, )
LP, MAXAM CAPITAL MANAGEMENT LLC, )
FULVIO & ASSOCIATES, LLP, )
)
Defendants, )
)
and FM LOW VOLATILITY FUND, L.P., )
)
Nominal Defendants. )
)

---

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-09
```

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Gregory M. Nespole, Memorandum of Law and Proposed Order, Plaintiff David B. Newman, individually and as owner of his retirement account, IRA FBO David Newman Pershing LLC as Custodian (together, "Movant") will move this Court located at the Courthouse, 500 Pearl Street, New York, New York 10007, on February 23, 2009, or as soon thereafter as counsel may be heard for an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") for his appointment to serve as Lead Plaintiff on behalf of all persons, other

than defendants, who invested in the FM Low Volatility Fund, L.P. (the "Fund") from April 8, 2008, until the present (the "Class"); and for the approval of Movant's choice of Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel.

**PLEASE TAKE FURTHER NOTICE,** that Movant, as the proposed Lead Plaintiff for the Class, has timely filed his motion and, pursuant to the PSLRA, is believed to constitute the investor with the largest financial interest in the outcome of the case for the Class, and is otherwise the most adequate lead plaintiff. Movant satisfies the requirements of the PSLRA and Rule 23 of the Federal Rules of Civil Procedure in that his claims are typical of the claims of the Class, and he will fairly and adequately represent the interests of the Class. Movant's choice of counsel should be accepted by this Court because his selected counsel is a nationally recognized firm with extensive experience and expertise in securities fraud and other class actions.

Dated: February 23, 2009
New York, New York

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: _____/S/_____
Gregory M. Nespole
Demet Basar
Gustavo Bruckner
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**Proposed Lead Counsel**

*[Handwritten endorsement: Endorsement / granted / movant's / appointment / so ordered / /s/ Sand / v JDL / 3/3/09]*

/537103                                    2