UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID B. NEWMAN and IRA F/B/O DAVID NEWMAN- PERSHING LLC as Custodian, on behalf of themselves and all Others Similarly Situated, and Derivatively on behalf of FM LOW VOLATILITY FUND, L.P.,<br><br>                  Plaintiffs,<br>    v.<br><br>FAMILY MANAGEMENT CORPORATION; SEYMOUR W. ZISES; ANDREA L. TESSLER; ANDOVER ASSOCIATES LLC I; ANDOVER ASSOCIATES MANAGEMENT CORP.; BEACON ASSOCIATES LLC I; BEACON ASSOCIATES MANAGEMENT CORP.; JOEL DANZIGER, HARRIS MARKHOFF; IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORPORATION; MAXAM ABSOLUTE RETURN FUND, LP; MAXAM CAPITAL MANAGEMENT LLC; MAXAM CAPITAL GP, LLC; MAXAM CAPITAL MANAGEMENT LIMITED; SANDRA MANZKE; and JOHN DOES 1-100,<br><br>                  Defendants,<br><br>and FM LOW VOLATILITY FUND, L.P.,<br><br>                  Nominal Defendant. | 1:08-cv-11215-LBS |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit a decision issued by Judge Marrero today in *Anwar v. Fairfield Greenwich Limited, et al.*, 09-cv-0118(VM), which is a Madoff feeder case like this one, denying that portion of defendants' motion to dismiss that sought to dismiss plaintiffs' state law claims on Martin Act preemption grounds. The decision, which is attached as Exhibit A,

supports many of the arguments made by plaintiffs against Martin Act preemption in their memoranda in opposition to the motions to dismiss that are pending in this case.

Dated:  July 29, 2010

                              WOLF HALDENSTEIN ADLER
                              FREEMAN & HERZ LLP

                    By:   /s/  Demet Basar
                           Daniel W. Krasner (DK 6381)
                           Demet Basar (DB 6821)
                           Kate McGuire (KM 0599)
                           270 Madison Avenue
                           New York, NY  10016
                           Telephone: (212) 545-4600
                           Facsimile:   (212) 545-4653