UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
IN RE: BEACON ASSOCIATES LITIGATION : Master File No.:
This Document Relates To: ALL ACTIONS :
: 09 Civ. 0777 (LBS)
:
:
------------------------------------------------------------------ X
:
DAVID B. NEWMAN and IRA F/B/O DAVID :
NEWMAN-PERSHING LLC as Custodian, on behalf of : 08 Civ. 11215 (LBS)
themselves and all Others Similarly Situated, and :
Derivatively on behalf of FM LOW VOLATILITY FUND, :
L.P., :
:
             Plaintiffs, :
:
             v. : **ORDER TO**
: **SHOW CAUSE**
FAMILY MANAGEMENT CORPORATION; :
SEYMOUR W. ZISES; ANDREA L. TESSLER; :
ANDOVER ASSOCIATES LLC I; ANDOVER :
ASSOCIATES MANAGEMENT CORP.; BEACON :
ASSOCIATES LLC I; BEACON ASSOCIATES :
MANAGEMENT CORP.; JOEL DANZIGER; HARRIS :
MARKHOFF; IVY ASSET MANAGEMENT CORP.; :
THE BANK OF NEW YORK MELLON :
CORPORATION; MAXAM CAPITAL MANAGEMENT :
LLC; MAXAM CAPITAL GP, LLC; MAXAM CAPITAL :
MANAGEMENT LIMITED; SANDRA MANZKE; and :
JOHN DOES 1-100, :
:
             Defendants, :
:
and FM LOW VOLATILITY FUND, L.P., :
:
             Nominal Defendant. :
------------------------------------------------------------------ X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/16
```

## ORDER TO SHOW CAUSE

Upon consideration of the attached Declaration of Lewis J. Liman, dated August 8, 2010; the Memorandum of Law in Support of Motion to Stay Discovery by Ivy Asset Management LLC; and all materials attached thereto, and good and sufficient cause appearing therefore it is hereby:

**ORDERED** that Plaintiff Charles J. Hecht and all parties of record in <u>Hecht v. Andover Associates Management Corp. et al.</u>, Supreme Court of the State of New York, County of Nassau, Index No. 6110/2009 ("<u>Hecht</u>"), APPEAR AND SHOW CAUSE, before the Honorable Leonard B. Sand, United States District Judge, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15A at 2:00pm on Aug. 10, 2010 (the "Hearing"), why an Order in the form annexed hereto should not be made and entered pursuant to the Securities Litigation Uniform Standards Act ("SLUSA"), 15 U.S.C. § 78u-4(b)(3)(D), staying all discovery in <u>Hecht</u> pending the Court's resolution of the motions to dismiss the claims in these actions filed by Ivy Asset Management LLC.

**ORDERED** that, pending this Court's resolution of this motion, all discovery in <u>Hecht</u> is hereby temporarily STAYED. This stay shall be effective upon the delivery by overnight courier delivery to the Honorable Stephen A. Bucaria, Justice of said court, and service as provided below upon all parties. This stay shall expire at the earlier of 11:59 p.m. on August 23, 2010 or upon the denial of Ivy Asset Management's motion to stay discovery in <u>Hecht</u>, unless further extended by order of this Court or stipulation by all parties in <u>Hecht</u>.

**ORDERED** that service by overnight courier delivery to all counsel of record in <u>Hecht</u>, at their usual and customary offices with simultaneous delivery to said and all counsel in

1

these cases by electronic mail, no later than ~~on 8/9~~ 6:00pm, 2010, shall constitute sufficient and proper notice of the Hearing and the relief sought; and it is further

**ORDERED** that answering papers, if any, shall be filed electronically and served by e-mail or by hand upon counsel for Ivy Asset Management LLC, Lewis J. Liman and Jeffrey A. Rosenthal, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (email: lliman@cgsh.com, jrosenthal@cgsh.com), on or before _____, 2010; and it is further

**ORDERED** that reply papers, if any, shall be filed electronically and served by email or by hand upon attorneys for Charles J. Hecht and by email on all other parties in these actions and in <u>Hecht</u>, before _____, 2010.

**SO ORDERED.**

Dated: New York, New York

August 9, 2010
5:00 pm

_____
Honorable Leonard B. Sand
United States District Judge

2