UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
IN RE: BEACON ASSOCIATES LITIGATION : Master File No.:
This Document Relates To: ALL ACTIONS :
: 09 Civ. 0777 (LBS)
:
:
------------------------------------------------------------------ X
:
DAVID B. NEWMAN and IRA F/B/O DAVID :
NEWMAN-PERSHING LLC as Custodian, on behalf of : 08 Civ. 11215 (LBS)
themselves and all Others Similarly Situated, and :
Derivatively on behalf of FM LOW VOLATILITY FUND, :
L.P., :
:
                Plaintiffs, :
:
                v. :
:
FAMILY MANAGEMENT CORPORATION; :
SEYMOUR W. ZISES; ANDREA L. TESSLER; :
ANDOVER ASSOCIATES LLC I; ANDOVER :
ASSOCIATES MANAGEMENT CORP.; BEACON :
ASSOCIATES LLC I; BEACON ASSOCIATES :
MANAGEMENT CORP.; JOEL DANZIGER; HARRIS :
MARKHOFF; IVY ASSET MANAGEMENT CORP.; :
THE BANK OF NEW YORK MELLON :
CORPORATION; MAXAM CAPITAL MANAGEMENT :
LLC; MAXAM CAPITAL GP, LLC; MAXAM CAPITAL :
MANAGEMENT LIMITED; SANDRA MANZKE; and :
JOHN DOES 1-100, :
:
                Defendants, :
:
and FM LOW VOLATILITY FUND, L.P., :
:
                Nominal Defendant. :

**Certificate of Service**

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 9th day of August, 2010, I have caused service of true copies of Ivy Asset Management's Order to Show Cause, issued August 9, 2010, the Declaration of Lewis J. Liman in Support of the Motion of Ivy Asset Management LLC to Stay Discovery in Hecht vs. Andover Associates Management Corp., et al., with Exhibits A-N, thereto, dated August 9, 2010, the Proposed Stay Order and the Memorandum of Law in Support, dated August 9, 2010, to be served by Electronic Mail before 6:00 pm and by Federal Express delivery, as follows:

### ELECTRONIC MAIL:

dtepper@hechtlegal.com, wgeller@hechtlegal.com, checht@hechtlegal.com, steve@rosenfeldlaw.com, tab@rosenfeldlaw.com, aabreu@herrick.com, dgreen@vedderprice.com, jeickemeyer@vedderprice.com, basar@whafh.com, behnke@whafh.com, jcook@hblaw.com, lcorsi@lcbf.com, bhart@lowey.com, SJacobs@lcbf.com, ajakoby@herrick.com, courtnotices@herrick.com, SKELLY@WHAFH.COM, krasner@whafh.com, mmachiz@cmht.com, cmarcotte@hblaw.com, mpeterman@hblaw.com, lmezzetti@cohenmilstein.com, DCRECORDS@cohenmilstein.com, nespole@whafh.com, drosenfield@herrick.com, aryonwalthall@cohenmilstein.com, annaryon@gmail.com, jsabella@gelaw.com, pkrakowski@gelaw.com, cnevers@gelaw.com, cmackintosh@gelaw.com, tskelton@ldbs.com, ctorell@cohenmilstein.com, bwhiteley@hblaw.com, myau@cohenmilstein.com, skerns@cohenmilstein.com, basar@whafh.com, behnke@whafh.com, david.bigge@dechert.com, Bruckner@whafh.com, jonathan.cogan@kobrekim.com, gage.j@wssllp.com, ajakoby@herrick.com, courtnotices@herrick.com, SKELLY@WHAFH.COM, michael.kim@kobrekim.com, krasner@whafh.com, blax@laxneville.com, andrew.levander@dechert.com, bmaddox@laxneville.com, mclellan.k@wssllp.com, nespole@whafh.com, bneville@laxneville.com, neil.steiner@dechert.com, bryan.block@dechert.com, luis.lopez@dechert.com, carrie.tendler@kobrekim.com, mwest@wmd-law.com

### FEDERAL EXPRESS:

| | |
|---|---|
| Daniel Tepper | John H. Eickemeyer |
| Hecht & Associates, P.C. | Vedder Price P.C. |
| 275 Madison Ave, 28th Floor | 1633 Broadway, 47th Floor |
| New York, NY 10016 | New York, New York 10019 |

Tab K. Rosenfeld  
Steven Kaplan  
Rosenfeld & Kaplan LLP  
535 Fifth Ave, Suite 1006  
New York, NY 10017  

Arthur Jakoby  
David Rosenfield  
Herrick, Feinstein LLP  
2 Park Avenue  
New York, NY 10016  

New York, New York  
August 10, 2010  

_____  
Richard V. Conza