UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                              :

IN RE: BEACON ASSOCIATES LITIGATION   :    Master File No.:
This Document Relates To: ALL ACTIONS   :
                                                                              :    09 Civ. 0777 (LBS)
                                                                              :

------------------------------------------------------------------ X
                                                                              :

DAVID B. NEWMAN and IRA F/B/O DAVID   :
NEWMAN-PERSHING LLC as Custodian, on behalf   :    08 Civ. 11215 (LBS)
of themselves and all Others Similarly Situated, and   :
Derivatively on behalf of FM LOW VOLATILITY   :
FUND, L.P.,   :
                                                                              :

                            Plaintiffs,   :

                                 v.   :

FAMILY MANAGEMENT CORPORATION;   :
SEYMOUR W. ZISES; ANDREA L. TESSLER   :
ANDOVER ASSOCIATES LLC I; ANDOVER   :
ASSOCIATES MANAGEMENT CORP.; BEACON   :
ASSOCIATES LLC I; BEACON ASSOCIATES   :
MANAGEMENT CORP.; JOEL DANZIGER;   :
HARRIS MARKHOFF; IVY ASSET   :
MANAGEMENT CORP.; THE BANK OF NEW   :
YORK MELLON CORPORATION; MAXAM   :
CAPITAL MANAGEMENT LLC; MAXAM   :
CAPITAL GP, LLC; MAXAM CAPITAL   :
MANAGEMENT LIMITED; SANDRA MANZKE;   :
and JOHN DOES 1-100,   :
                                                                              :

                            Defendants,   :

and FM LOW VOLATILITY FUND, L.P.,   :
                                                                              :

                    Nominal Defendant.   :
------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that Hecht & Associates, P.C., pursuant to the verbal order of the Honorable Leonard B. Sand issued August 10, 2010, hereby appears as counsel for Charles J. Hecht, as Intervenor in this matter, and demands that all notices and other papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
       August 18, 2010

HECHT & ASSOCIATES, P.C.

By: Daniel Tepper
275 Madison Avenue, 28th Floor
New York, New York 11375
Tel.   (212) 490-3232

*Counsel to Charles J. Hecht, as Intervenor*