UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID B. NEWMAN and IRA F/B/O DAVID NEWMAN- PERSHING LLC as Custodian, on behalf of themselves and all Others Similarly Situated, and Derivatively on behalf of FM LOW VOLATILITY FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY MANAGEMENT CORPORATION; SEYMOUR W. ZISES; ANDREA L. TESSLER; ANDOVER ASSOCIATES LLC I; ANDOVER ASSOCIATES MANAGEMENT CORP.; BEACON ASSOCIATES LLC I; BEACON ASSOCIATES MANAGEMENT CORP.; JOEL DANZIGER, HARRIS MARKHOFF; IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORPORATION; MAXAM ABSOLUTE RETURN FUND, LP; MAXAM CAPITAL MANAGEMENT LLC; MAXAM CAPITAL GP, LLC; MAXAM CAPITAL MANAGEMENT LIMITED; SANDRA MANZKE; and JOHN DOES 1-100, <br><br> Defendants, <br><br> and FM LOW VOLATILITY FUND, L.P., <br><br> Nominal Defendant. | 1:08-cv-11215-LBS |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit an opinion issued by Judge Marrero on August 18, 2010, in *Anwar v. Fairfield Greenwich Limited, et al.*, 09-cv-0118(VM), which is a Madoff feeder fund case like this one, ruling on defendants' motion to dismiss in that case. The opinion, which is attached as Exhibit A, supports many of the arguments made by plaintiffs in their memoranda in

opposition to the motions to dismiss filed by defendants in this case.

Dated: August 20, 2010

           WOLF HALDENSTEIN ADLER
            FREEMAN & HERZ LLP

         By: /s/ Demet Basar
            Daniel W. Krasner (DK 6381)
            Demet Basar (DB 6821)
            Kate McGuire (KM 0599)
            270 Madison Avenue
            New York, NY 10016
            Telephone: (212) 545-4600
            Facsimile: (212) 545-4653