UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: Master File No.:
IN RE: BEACON ASSOCIATES LITIGATION :
This Document Relates To: ALL ACTIONS : 09 Civ. 0777 (LBS)
:
:
------------------------------------------------------------------------ X
:
DAVID B. NEWMAN and IRA F/B/O DAVID :
NEWMAN-PERSHING LLC as Custodian, on behalf of : 08 Civ. 11215 (LBS)
themselves and all Others Similarly Situated, and :
Derivatively on behalf of FM LOW VOLATILITY FUND, :
L.P., :
:
      Plaintiffs, :
:
   v. :
:
FAMILY MANAGEMENT CORPORATION; :
SEYMOUR W. ZISES; ANDREA L. TESSLER; :
ANDOVER ASSOCIATES LLC I; ANDOVER :
ASSOCIATES MANAGEMENT CORP.; BEACON :
ASSOCIATES LLC I; BEACON ASSOCIATES :
MANAGEMENT CORP.; JOEL DANZIGER; HARRIS :
MARKHOFF; IVY ASSET MANAGEMENT CORP.; :
THE BANK OF NEW YORK MELLON :
CORPORATION; MAXAM CAPITAL MANAGEMENT :
LLC; MAXAM CAPITAL GP, LLC; MAXAM CAPITAL :
MANAGEMENT LIMITED; SANDRA MANZKE; and :
JOHN DOES 1-100, :
:
      Defendants, :
:
and FM LOW VOLATILITY FUND, L.P., :
:
      Nominal Defendant. :
------------------------------------------------------------------------ X

1

## CERTIFICATE OF SERVICE

I, Christina Castedo, assistant managing clerk at the Washington, D.C. office of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on August 23, 2010, copies of the following:

1. Ivy Asset Management LLC's Reply Memorandum of Law Supporting Issuance of a Temporary Restraining Order and Order Staying Discovery in a Related Case Pending in New York State Court; and

2. Declaration of Steven J. Kaiser in Support of the Motion of Ivy Asset Management LLC to Stay Discovery in Hecht v. Andover Associates Management Corp., et al., together with Exhibits A-D

were served via the Court's CM/ECF system upon registered counsel of record in these cases and by FedEx overnight delivery and electronic mail upon the following:

Daniel Tepper
Hecht & Associates, P.C.
275 Madison Ave, 28th Floor
New York, NY 10016
dtepper@hechtlegal.com

Tab K. Rosenfeld
Steven Kaplan
Rosenfeld & Kaplan LLP
535 Fifth Ave, Suite 1006
New York, NY 10017
tab@rosenfeldlaw.com
steve@rosenfeldlaw.com

John H. Eickemeyer
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019
jeikemeyer@vedderprice.com

Arthur Jakoby
Aismara Abreu
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
(212) 592-1400
ajakoby@herrick.com
aabreu@herrick.com

Dated: August 23, 2010

By: /s/ Christina C. Castedo
Christina C. Castedo