UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | |
|---|---|
| DAVID B. NEWMAN and IRA F/B/O DAVID NEWMAN-PERSHING LLC as Custodian, on behalf of themselves and all Others Similarly Situated, and Derivatively on behalf of FM LOW VOLATILITY FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY MANAGEMENT CORPORATION; SEYMOUR W. ZISES; ANDREA L. TESSLER; ANDOVER ASSOCIATES LLC I; ANDOVER ASSOCIATES MANAGEMENT CORP.; BEACON ASSOCIATES LLC I; BEACON ASSOCIATES MANAGEMENT CORP.; JOEL DANZIGER; HARRIS MARKHOFF; IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORPORATION; MAXAM CAPITAL MANAGEMENT LLC; MAXAM CAPITAL GP, LLC; MAXAM CAPITAL MANAGEMENT LIMITED; SANDRA MANZKE; and JOHN DOES 1-100, <br><br> Defendants, <br><br> and FM LOW VOLATILITY FUND, L.P., <br><br> Nominal Defendant. | No. 08 Civ. 11215 (LBS) |

---------------------------------------------------------------------X

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kate M. McGuire of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP hereby enters her appearance as counsel of record on behalf of plaintiffs David B. Newman and IRA F/B/O David Newman-Pershing LLC

in the above captioned action.

Dated: New York, New York
August 24, 2010

            **WOLF HALDENSTEIN ADLER**
             **FREEMAN & HERZ LLP**


By: \_\_\_/s/\_\_Kate M. McGuire_____
Kate M. McGuire (KM 0599)
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653
mcguire@whafh.com

*Lead Counsel for Plaintiffs*