UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: BEACON ASSOCIATES LITIGATION | **ORDER OF REFERENCE**<br>**TO A MAGISTRATE JUDGE** |
|  | 09 Civ. 777 (LBS) (AJP) |
| NEWMAN et al.,<br>               Plaintiffs,<br>     v.<br>FAMILY MANAGEMENT CORPORATION et al.,<br>               Defendants | 08 Civ. 11215 (LBS) (AJP) |
| WOLFF LIVING TRUST et al.,<br>               Plaintiffs,<br>     v.<br>FM MULTI-STRATEGY INVESTMENT FUND, L.P. et al<br>               Defendants | 09 Civ. 1540 (LBS) (AJP) |
| SALTZ et al.,<br>               Plaintiffs,<br>     v.<br>FIRST FRONTIER, L.P. et al.,<br>               Defendants | 10 Civ. 964 (LBS) (AJP) |

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____   Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____   Settlement*

____   Inquest After Default/Damages Hearing

____   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____   Consent under 28 U.S.C. § 636(c) for limited purposes (e.g. dispositive motion, preliminary injunction)

Purpose: _____

____   Habeas Corpus

____   Social Security

____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 - 5 - 10

All Such Motions: _____

---

*Do not check if already referred for general pretrial.

SO ORDERED.
Dated: October 5, 2010
      New York, NY

_____
U.S.D.J.

---

*Do not check if already referred for general pretrial.