UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID B. NEWMAN and IRA F/B/O
DAVID NEWMAN-PERSHING LLC as
Custodian, on behalf of themselves and all          :  08-CV-11215 (LBS)
Others Similarly Situated, and Derivatively on
behalf of FM LOW VOLATILITY FUND,              :  ECF Case
L.P.,

              Plaintiffs,

              v.

FAMILY MANAGEMENT CORPORATION,
SEYMOUR W. ZISES, ANDREA L.
TESSLER, ANDOVER ASSOCIATES LLC I,
ANDOVER ASSOCIATES MANAGEMENT
CORP., BEACON ASSOCIATES LLC I,
BEACON ASSOCIATES MANAGEMENT
CORP., JOEL DANZIGER, HARRIS
MARKHOFF, MAXAM ABSOLUTE
RETURN FUND, LP, MAXAM CAPITAL
MANAGEMENT LLC, MAXAM CAPITAL
GP, LLC, MAXHAM CAPITAL
MANAGEMENT LIMITED, and SANDRA
MANZKE,

              Defendants,

and FM LOW VOLATIVITY FUND, L.P.,

              Nominal Defendant.
------------------------------------------------------------X

**MEMORANDUM OF LAW IN SUPPORT OF MAXAM
ABSOLUTE RETURN FUND, L.P.'S OPPOSITION TO PLAINTIFFS' MOTION
TO ALTER OR AMEND THE JUDGMENT AND TO AMEND THE COMPLAINT**

                    WOLLMUTH MAHER & DEUTSCH LLP
                    James L. Lawlor
                    Mathew B. West
                    500 Fifth Avenue
                    New York, New York 10110
                    (212) 382-3300

                    *Attorneys for Maxam Absolute Return Fund, L.P*

Defendant MAXAM Absolute Return Fund, L.P. ("MARF"), by its undersigned attorneys, respectfully submits this memorandum of law in opposition to Plaintiff's motion to alter or amend the judgment and for leave to amend the Complaint, dated November 17, 2010 (the "Motion").

I. **THE MOTION SHOULD BE DENIED FOR THE REASONS SET FORTH IN MAXAM'S MEMORANDUM OF LAW**

In order to minimize repetitive pleading, promote efficiencies and reduce the Court's burden, MARF joins in, incorporates by reference and restates in its entirety herein, as applicable, the legal arguments set forth by MAXAM Capital Management LLC, MAXAM Capital GP LLC, MAXAM Capital Management Limited and Sandra Manzke (collectively, "MAXAM") in their memorandum of law in opposition to the Motion, dated December 17, 2010.

For the same reasons, MARF hereby joins in and incorporates by reference the legal arguments advanced by defendants Ivy Asset Management LLC and Bank of New York Mellon in Point I of their memorandum of law in support of their opposition to the Motion, dated December 17, 2010.

### CONCLUSION

For the forgoing reasons, Plaintiffs' Motion should be dismissed.

Dated:   New York, New York
         December 17, 2010

                                                 Respectfully Submitted,

                                                 WOLLMUTH MAHER & DEUTSCH LLP

                                                 _/s/ Mathew B. West_
                                                 James N. Lawlor (JL 6065)
                                                 Mathew B. West (MW 9117)
                                            500 Fifth Avenue
                                            New York, New York 10110
                                            (212) 382 3300
                                            *Attorneys for Maxam Absolute Return Fund, L.P.*