UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                          :

DAVID B. NEWMAN and IRA F/B/O         :
DAVID NEWMAN- PERSHING LLC as     :
Custodian, on behalf of themselves and all   :
Others Similarly Situated, and Derivatively on :
behalf of FM LOW VOLATILITY FUND,    :
L.P.,                                 :

              Plaintiffs,         :    1:08-cv-11215 (LBS)

          v.                 :    ECF Case

FAMILY MANAGEMENT CORPORATION;  :   Oral Argument Requested
SEYMOUR W. ZISES; ANDREA L.       :
TESSLER; ANDOVER ASSOCIATES LLC I; :
ANDOVER ASSOCIATES MANAGEMENT :
CORP.; BEACON ASSOCIATES LLC I;   :
BEACON ASSOCIATES MANAGEMENT  :
CORP.; JOEL DANZIGER, HARRIS     :
MARKHOFF; IVY ASSET MANAGEMENT :
CORP.; THE BANK OF NEW YORK     :
MELLON CORPORATION; MAXAM      :
ABSOLUTE RETURN FUND, LP; MAXAM :
CAPITAL MANAGEMENT LLC; MAXAM  :
CAPITAL GP, LLC; MAXAM CAPITAL   :
MANAGEMENT LIMITED; SANDRA    :
MANZKE; and JOHN DOES 1-100,     :

                          :    **CERTIFICATE OF SERVICE**
           Defendants,      :

and FM LOW VOLATILITY FUND, L.P.,  :

         Nominal Defendant.   :
---------------------------------------------------------------x

      I, Jonathan D. Cogan, hereby certify that on December 17, 2010, I caused the

following documents to be electronically filed:

MEMORANDUM OF LAW IN SUPPORT OF MAXAM CAPITAL MANAGEMENT
LLC, MAXAM CAPITAL GP LLC, MAXAM CAPITAL MANAGEMENT LIMITED,
AND SANDRA MANZKE'S OPPOSITION TO PLAINTIFFS' MOTION TO ALTER
OR AMEND THE JUDGMENT AND TO AMEND THE COMPLAINT

DECLARATION OF CARRIE A. TENDLER IN SUPPORT OF MAXAM CAPITAL
MANAGEMENT LLC, MAXAM CAPITAL GP LLC, MAXAM CAPITAL
MANAGEMENT LIMITED AND SANDRA MANZKE'S OPPOSITION TO
PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT AND TO
AMEND THE COMPLAINT

with the Clerk of Court using the CM/ECF system, which will send notification of such

filing electronically to registered counsel.  Pursuant to that notification, a true and exact

copy of the foregoing will also be mailed by Federal Express overnight delivery to any

party or counsel not receiving electronic service from CM/ECF.


Dated: New York, New York
       December 17, 2010


                                        KOBRE & KIM LLP

                                        s/ Jonathan D. Cogan

                                        Jonathan D. Cogan
                                        (jonathan.cogan@kobrekim.com)
                                        800 Third Avenue
                                        New York, New York 10022
                                        Telephone: +1 212 488 1200
                                        Facsimile: +1 212 488 1220

                                        *Attorneys for the MAXAM Capital
                                        Management LLC, MAXAM Capital GP
                                        LLC, MAXAM Capital Management
                                        Limited, and Sandra Manzke*


To: All Counsel of Record