UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DAVID B. NEWMAN and IRA F/B/O DAVID
NEWMAN-PERSHING LLC as Custodian, on behalf of
themselves and all Others Similarly Situated, and
Derivatively on behalf of FM LOW VOLATILITY FUND,
L.P.,

        Plaintiffs,

        v.

FAMILY MANAGEMENT CORPORATION;
SEYMOUR W. ZISES; ANDREA L. TESSLER;
ANDOVER ASSOCIATES LLC I; ANDOVER
ASSOCIATES MANAGEMENT CORP.; BEACON
ASSOCIATES LLC I; BEACON ASSOCIATES
MANAGEMENT CORP.; JOEL DANZIGER; HARRIS
MARKHOFF; IVY ASSET MANAGEMENT CORP.;
THE BANK OF NEW YORK MELLON
CORPORATION; MAXAM CAPITAL MANAGEMENT
LLC; MAXAM CAPITAL GP, LLC; MAXAM CAPITAL
MANAGEMENT LIMITED; SANDRA MANZKE; and
JOHN DOES 1-100,

        Defendants,

and FM LOW VOLATILITY FUND, L.P.,

        Nominal Defendant.
------------------------------------------------------------------------X

08 Civ. 11215 (LBS)

ECF CASE

## CERTIFICATE OF SERVICE

    I, Kimberly A. Lynch, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on December 17, 2010, a copy of the foregoing Ivy Asset Management LLC's And The Bank Of New York Mellon Corporation's Opposition To The Plaintiffs' Motion To Alter Or Amend The Judgment And For Leave To Amend The Complaint was served on the following counsel by electronic transmission through the Court's CM/ECF System:

| | |
|---|---|
| *Attorneys for Lead Plaintiff David B. Newman and Plaintiff IRA f/b/o David Newman-Pershing LLC (Derivatively on behalf of FM Low Volatility Fund L.P. and as Custodian, on behalf of themselves and all others Similarly Situated)* | **Daniel W. Krasner**<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Email: krasner@whafh.com<br><br>**Demet Basar**<br>Wolf Haldenstein Adler Freeman & Herz<br>270 Madison Avenue<br>New York, NY 10016<br>Email: basar@whafh.com<br><br>**Gregory Mark Nespole**<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10017<br>Email: nespole@whafh.com<br><br>**Gustavo Fabian Bruckner**<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Email: Bruckner@whafh.com<br><br>**Kate Marietta McGuire**<br>Wolf Haldenstein Adler Freeman & Herz<br>270 Madison Ave.<br>New York, NY 10016<br>Email: mcguire@whafh.com<br><br>**Stacey Theresa Kelly**<br>Wolf Haldenstein Adler Freeman & Herz<br>270 Madison Avenue<br>New York, NY 10016<br>Email: SKELLY@WHAFH.COM |
| *Attorneys for Defendants Family Management Corporation, Seymour W. Zises, Andrea L. Tessler* | **Andrew J. Levander**<br>Dechert, LLP (NYC)<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Email: andrew.levander@dechert.com<br><br>**Neil A. Steiner**<br>Dechert, LLP (NYC)<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Email: neil.steiner@dechert.com |

|  | **David Mark Bigge** <br> Dechert, LLP (NYC) <br> 1095 Avenue of the Americas <br> New York, NY 10036-6797 <br> Email: david.bigge@dechert.com |
|---|---|
| *Attorneys for Defendants Andover Associates LLC I and Beacon Associates LLC I* | **Arthur Glenn Jakoby** <br> Herrick, Feinstein LLP <br> 2 Park Avenue <br> New York, NY 10016 <br> Email: ajakoby@herrick.com <br><br> **Aismara Janet Abreu** <br> Herrick, Feinstein LLP <br> 2 Park Avenue <br> New York, NY 10016 <br> Email: aabreu@herrick.com |
| *Attorneys for Defendant Beacon Associates Management Corp., Andover Associates Management Corp., Joel Danziger, and Harris Markhoff* | **Steven Michael Kaplan** <br> Rosenfeld & Kaplan, LLP <br> 535 Fifth Avenue <br> New York, NY 10017 <br> Email: steve@rosenfeldlaw.com <br><br> **Tab Keith Rosenfeld** <br> Rosenfeld & Kaplan, LLP <br> 535 Fifth Avenue <br> New York, NY 10017 <br> Email: tab@rosenfeldlaw.com |
| *Attorneys for Defendants Maxam Absolute Return Fund, LP, Maxam Capital Management LLC, Maxam Capital GP, LLC, Maxam Capital Management Ltd., and Sandra Manzke,* | **Jonathan David Cogan** <br> Kobre & Kim LLP <br> 800 Third Avenue <br> 6th Floor <br> New York, NY 10022 <br> Email: jonathan.cogan@kobrekim.com <br><br> **Michael Sangyun Kim** <br> Kobre & Kim LLP <br> 800 Third Avenue <br> 6th Floor <br> New York, NY 10022 <br> Email: michael.kim@kobrekim.com |

|  | **Carrie Ann Tendler** <br> Kobre & Kim LLP <br> 800 Third Avenue <br> 6th Floor <br> New York, NY 10022 <br> Email: carrie.tendler@kobrekim.com <br><br> **Mathew Brehan West** <br> Wollmuth Maher & Deutsch LLP <br> 500 Fifth Avenue, Suite 1200 <br> New York, NY 10110 <br> Email: mwest@wmd-law.com |
|---|---|
| *Attorneys for Nominal Defendant FM Low Volatility Fund, L.P.* | **Barry Richard Lax** <br> Lax & Neville, LLP <br> 1412 Broadway <br> Suite 1407 <br> New York, NY 10018 <br> Email: blax@laxneville.com <br><br> **Brian David Maddox** <br> Venable LLP (NYC) <br> 1270 Ave of the Americas <br> New York, NY 10020 <br> Email: bmaddox@laxneville.com <br><br> **Brian Joseph Neville** <br> Law Offices of Brian Neville <br> 225 Broadway, Suite 1200 <br> New York, NY 10007 <br> Email: bneville@laxneville.com |
| *Attorney for Intervenor Charles J. Hecht* | **Daniel Tepper** <br> Hecht & Associates, P.C. <br> 275 Madison Avenue <br> New York, NY 11375 <br> Email: tepper@whafh.com |

Dated: December 17, 2010         /s/ Kimberly A. Lynch
                                 Kimberly A. Lynch