UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID B. NEWMAN and IRA F/B/O DAVID NEWMAN-PERSHING LLC as Custodian, on behalf of themselves and all Others Similarly Situated, and Derivatively on behalf of FM LOW VOLATILITY FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY MANAGEMENT CORPORATION, SEYMOUR W. ZISES, ANDREA L. TESSLER, ANDOVER ASSOCIATES LLC I, ANDOVER ASSOCIATES MANAGEMENT CORP., BEACON ASSOCIATES LLC I, BEACON ASSOCIATES MANAGEMENT CORP., JOEL DANZIGER, HARRIS MARKHOFF, IVY ASSET MANAGEMENT CORP., THE BANK OF NEW YORK MELLON CORPORATION, MAXAM ABSOLUTE RETURN FUND, LP, MAXAM CAPITAL GP, LLC, MAXAM CAPITAL MANAGEMENT LLC, MAXAM CAPITAL MANAGEMENT LIMITED, SANDRA MANZKE, and JOHN DOES 1-100, <br><br> Defendants, <br> and <br><br> FM LOW VOLATILITY FUND, L.P., <br><br> Nominal Defendant. | 08 Civ. 11215 (LBS) <br><br><br> **CERTIFICATE OF SERVICE** |

      I, Brian Maddox, hereby certify that on December 19, 2010, I caused the following documents to be electronically filed:

      FM LOW VOLATILITY FUND, L.P.'S MEMORANDUM OF LAW IN OPPOSITION OF PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT AND FOR LEAVE TO AMEND THE COMPLAINT

with the Clerk of Court using the CM/ECF system, which will send notification of such filing electronically to registered counsel.  Pursuant to that notification, a true and exact copy of the foregoing will also be mailed by Federal Express overnight delivery to any party or counsel not receiving electronic service from CM/ECF.

Dated:  New York, New York
          December 20, 2010

                                **LAX & NEVILLE, LLP**

                        By:   */s/ Brian Maddox*
                             Brian Maddox, Esq.
                             1412 Broadway, Suite 1407
                             New York, NY 10018
                             Tel:  (212) 696-1999

                             *Attorneys for Nominal Defendant*
                             *FM Low Volatility Fund, L.P.*


To:  All Counsel of Record