USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/20/2011

# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
6 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

**DEMET BASAR**
DIRECT DIAL: 212-545-4664
FACSIMILE: 212-545-4653
basar@whafh.com

## MEMO ENDORSED

January 20, 2011

**VIA FACSIMILE**

The Honorable Magistrate Judge Andrew J. Peck
Daniel Patrick Moynihan
United States District Courthouse
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Newman v. Family Management Corp.*, 08-cv-11215 (LBS)

Dear Magistrate Judge Peck:

We represent Plaintiffs in this action, and write concerning the reply brief on Plaintiffs' motion to alter or amend the judgment and for leave to amend the complaint (the "Motion"), which is due on January 21, 2011.[1] As Your Honor may be aware, six groups of Defendants have filed four substantive briefs, totaling over 50 pages, in opposition to Plaintiffs' Motion. In order to efficiently and properly address the issues raised by the Defendants, Plaintiffs respectfully request that they be permitted to submit one omnibus reply memorandum of not more than 35 pages. Plaintiffs have requested and received the consent of counsel for each of the Defendants.

We stand ready to address any questions that Your Honor may have concerning the foregoing.

Respectfully,

Demet Basar /ox.om.

Demet Basar

cc: Counsel of Record (*via e-mail*)
    The Honorable Leonard B. Sand (*via U.S. Mail*)

---

[1] Judge Sand referred this matter to Your Honor on January 18, 2011, in his endorsement of a letter from Plaintiffs requesting extension by one week of the time for filing of the reply brief.

*Request Granted*

SO ORDERED: 1/20/2011

Hon. Andrew Jay Peck
United States Magistrate Judge