# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:08-cv-11215-LBS -AJP

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of December, two thousand and twelve,

_____

| | |
|---|---|
| DAVID B. NEWMAN and IRA F/B/O DAVID NEWMAN-PERSHING LLC as Custodian, on behalf of themselves and all Others Similarly Situated, and Derivatively on behalf of FM LOW VOLATILITY FUND, L.P., | ORDER<br>Docket No. 11-622<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _Dec. 28, 2012_ |

      Plaintiffs - Appellants,

v.

FAMILY MANAGEMENT CORPORATION;
SEYMOUR W. ZISES; ANDREA L.
TESSLER; ANDOVER ASSOCIATES LLC I;
ANDOVER ASSOCIATES MANAGEMENT
CORP.; BEACON ASSOCIATES LLC I; BEACON
ASSOCIATES MANAGEMENT CORP.;
JOEL DANZIGER; HARRIS MARKHOFF; IVY
ASSET MANAGEMENT CORP.; THE
BANK OF NEW YORK MELLON CORPORATION;
MAXAM CAPITAL MANAGEMENT
LLC; MAXAM CAPITAL GP, LLC; MAXAM
CAPITAL MANAGEMENT LIMITED;
SANDRA MANZKE; and JOHN DOES 1-100,

      Defendants - Appellees,

FM LOW VOLATILITY FUND, L.P.,

      Nominal Defendant - Appellee.

_____

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

CERTIFIED COPY ISSUED ON 12/28/2012

Counsel for the appellants has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit